JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIFTFORWARD, INC., | ) | CASE NO. CV 16-7388-R |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF |
| | ) | LIFTFORWARD, INC.'S MOTION TO |
| v. | ) | REMAND |
| | ) | |
| MIKO MECHANICAL, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Plaintiff's Motion to Remand, which was filed on November 16, 2016. (Dkt. No. 22). No Opposition to Plaintiff's Motion was filed. Finding the matter suitable for a decision on the papers without the need for oral argument, this Court took the matter under submission on January 10, 2017.

"The burden of establishing federal subject matter jurisdiction falls on the party invoking removal." *Marin Gen. Hosp. v. Modesto & Empire Traction Co.*, 581 F.3d 941, 944 (9th Cir. 2009) (citing *Toumajian v. Frailey*, 135 F.3d 648, 652 (9th Cir. 1998)). There is a "strong presumption against removal jurisdiction," and courts must reject it "if there is any doubt as to the right of removal in the first instances." *Geographic Expeditions, Inc., v. Estate of Lhotka ex rel. Lhotka*, 599 F.3d 1102, 1107 (9th Cir. 2010).

1  Having read and considered the papers filed in connection with this matter and being fully
2  informed, the Court hereby GRANTS the motion to remand to the Superior Court of California,
3  County of Los Angeles.  The Clerk shall close the file and terminate all pending matters.
4      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand is GRANTED.  (Dkt. No.
5  22).
6  Dated: February 2, 2017.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE